JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO QUARTERMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO,<br><br>　　　　　　　Defendant(s). | Case No. 5:21-cv-1549-AB (MAR)<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing The Action, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: September 21, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　United States District Judge